■ In the Matter of RAYMOND M. MASCIANA, Respondent, v ROGER H. BOHRER, as Chairman of the Zoning Board of Appeals of the Town of Huntington, et al., Appellants. [601 NYS2d 806] —Appeal by the members of the Zoning Board of Appeals of the Town of Huntington from a judgment of the Supreme Court, Suffolk County (Doyle, J.), entered March 6, 1991.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Doyle at the Supreme Court in his memorandum decision dated January 31, 1991. Thompson, J. P., Bracken, Balletta and Eiber, JJ., concur.